In the Matter of the Petition of WILLIAM J. AMEND, Respondent, for Probate of the Will of JULIA F. MEADE, Deceased.

CHARLES F. MEADE, Appellant; EDWARD J. McGOLDRICK et al., Respondents.

*Will — probate — testamentary capacity.*

*Matter of Meade*, 200 App. Div. 346.

(Argued January 9, 1923; decided January 30, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1922, which unanimously reversed a decree of the Kings County Surrogate's Court denying probate of an instrument propounded as the last will of Julia F. Meade, deceased, and directed that said will be admitted to probate. A jury in Surrogate's Court found that the decedent lacked testamentary capacity. The Appellate Division held that such finding was against the evidence and the weight of the evidence.

*Herbert T. Ketcham* and *Samuel E. Neuman* for appellant.

*John E. Donnelly* for William J. Amend, respondent.

*Patrick E. Callahan* and *M. F. McGoldrick* for E. J. McGoldrick et al., respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.